UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JOSE VELASQUEZ,

                Plaintiff,

-against-                             19 CIVIL 9687 (PKC)

## JUDGMENT

CITY OF NEW YORK DEPARTMENT OF
BUILDINGS AND MELANIE LA ROCCA,
COMMISSIONER, XXXXX,

                Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 22, 2020, Defendants' motion to dismiss is granted, and judgment is entered for the defendants, Count One (Equal Protection claim) and Count Three (section 1981 and 1983 claims) are dismissed with prejudice; and Count Two (State and City Human Rights Law claims) is dismissed without prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
          May 22, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                        **Clerk of Court**
                         **BY:**
                                                        _____
                                                          **Deputy Clerk**